UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DURANT,<br><br>                Plaintiff,<br><br>   v.<br><br>LAUREATE EDUCATION INC.; and DOES 1 through 10, inclusive,<br><br>                Defendants. | Case No. 19-CV-0917 LAB BGS<br><br>**ORDER OF DISMISSAL**<br><br>Judge: Honorable Larry Alan Burns<br>Courtroom: 14A |

The joint motion to dismiss (Docket no. 7) is **GRANTED**. Pursuant to Fed. R. Civ. P. 41(a), this action is **DISMISSED WITH PREJUDICE**. The parties shall each bear their own costs and attorney's fees.

Dated: July 30, 2019

                                          _/s/ Larry A. Burns_
                                          Hon. Larry A. Burns
                                          Chief United States District Judge